## BURGESS v. SUPERIOR COURT.

### No. 11,887; February 23, 1887.

#### 13 Pac. 166.

**Appeal—Justice of Peace—Copy of Docket.**—On an appeal from a justice's court to a superior court, where all the papers in the case have been transferred except a copy of the justice's docket, the superior court has jurisdiction to order the transfer of a copy of the justice's docket under Code of Civil Procedure of California, section 975.

Prohibition to restrain superior court from trying a case on appeal from justice's court.

J. W. Turner for petitioner; J. W. Bartlett for respondent.

By the COURT.—It appears by the answer of respondent that an appeal has been duly perfected to said superior court

from a judgment of a justice of the peace, who transferred all the papers in the case except a copy of his docket, which the superior court has made an order to have transferred as the law requires: Code Civ. Proc., sec. 975. Petitioner demurs to said answer, and upon the issue so raised the matter is submitted. The answer, in our opinion, shows that respondent is not acting without, nor in excess of, its jurisdiction.

The demurrer is overruled.